United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CROWD FUND INVESTMENT GROUP
LLC,

        Plaintiff,

    v.

ROBERT BENNETT, et al.,

        Defendants.

Case No.  16-cv-03785-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Crowd Fund Investment Group LLC v. Bennett, et al.*, 16-cv-03272-JST.

IT IS SO ORDERED.

Dated: July 7, 2016

KANDIS A. WESTMORE
United States Magistrate Judge